IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| LATOYA PAMPLIN, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. | 1:18-cv-08298 |
| | ) | | |
| v. | ) | | |
| | ) | | |
| ILLINOIS DEPATMENT OF HUMAN SERVICES; ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) ) ) ) | Hon. | Elaine E. Bucklo |
| | ) | | JURY TRIAL DEMANDED |
| Defendants. | ) | | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Latoya Pamplin ("Ms. Pamplin"), submits her *Notice of Voluntary Dismissal,* and in support of this Notice, states the following grounds:

1) Ms. Pamplin filed her Complaint on December 18, 2018.

2) Ms. Pamplin immediately served a Notice and Waiver of Service upon Defendants and filed Defendants' signed waivers on January 18, 2019.

3) Defendants filed their Appearance of Counsel on January 31, 2019.

4) Defendants have not filed either an Answer or a Motion for Summary Judgment.

5) Ms. Pamplin files this Notice of Voluntary Dismissal with the intention of dismissing the case under Federal Rules of Civil Procedure 41(a)(1)(A)(i) without prejudice to refiling.

WHEREFORE, Ms. Pamplin requests this Court to enter an order dismissing all actions and claims against all Defendants in this case, without prejudice, and to close the case on the Case Management/Electronic Case Files system.

Dated: February 19, 2019

Respectfully submitted,

By:     /s/Jason Han
Jason Han, Attorney for LaToya Pamplin

Jason Han
The Law Offices of Jason Han
208 S Jefferson St. Ste. 204
Chicago, IL 60661
Tel. (872) 201-0088
Fax. (872) 228-9569
Jason@JasonHanLaw.com