# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

LaToya Pamplin

                                                 Plaintiff,

v.                                                                                                   Case No.: 1:18−cv−08298

                                                                                                           Honorable Elaine E. Bucklo

Illinois Department of Human Services (IDHS), et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2019:

      MINUTE entry before the Honorable Elaine E. Bucklo: A notice of voluntary dismissal has been filed. This case is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(i). All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.